JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VITO'S PIZZA, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES LIABILITY INSURANCE COMPANY, et al.,<br>Defendants. | Case No. CV 26-7074-MWF(SKx)<br>ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has considered the parties' Stipulation of Dismissal, filed November 19, 2026. (Docket No. 12). For good cause shown, the Court GRANTS the Stipulation. Defendant's Motion to Dismiss (Docket No. 11) is DENIED as moot.

This action is DISMISSED with prejudice as to all claims, causes of action, and parties. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 19, 2026

MICHAEL W. FITZGERALD
United States District Judge